IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MARYLAND
                            (Southern Division)

UNITED STATES OF AMERICA,       )
                                )
v.                              )
                                )           15cr00258-PJM
                                )
ALDAIR GARCIA-MIRANDA,          )
                                )
        Defendant.              )

**DEFENDANT'S MOTION TO SUPPRESS STATEMENTS AND
ALL EVIDENCE WHICH FLOWED THEREFROM**

The defendant moves the Court to suppress any and all statements made by the defendant on or about July 31, 2014, and all evidence which flowed therefrom.

For the grounds therefore the defendant asserts that discovery reveals that on that date the defendant was developed as a suspect in a shooting which occurred on July 30, 2014. On the strength of the investigation an arrest warrant was obtained for the defendant, who was taken into custody on August 1, 2014, in the morning hours. Incident to that arrest, the defendant was subjected to a custodial interrogation without first being advised of his right to remain silent pursuant to *Miranda v. Arizona*, 384 U.S. 436 (1966). The defendant provided a statement to law enforcement officers which was then used in furtherance of the investigation. This statement was taken in violation of the defendant's rights under the Fifth and Sixth Amendments to the Constitution of the United States and 18 U.S.C. § 3501. Discovery is ongoing in this case. When discovery on

this issue has been provided, counsel will supplement this motion with a memorandum.

The defendant moves for the disclosure of all statements of any witness to be called by the government at the hearing on this motion, pursuant to F. R. Crim. P. 26.2(g).

> Respectfully submitted,
>
> ALDAIR GARCIA-MIRANDA
> By Counsel

**ECF FILING:**

 /s/
Joseph J. McCarthy
MD Federal Bar # 15170
Counsel for Defendant
Delaney, McCarthy & Colton, P.C.
510 King Street, Suite 400
Alexandria, Virginia  22314
Telephone: (703) 549-9701
Facsimile: (703) 836-4285
E-mail: mccarthy@lawdmc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

> /s/
> Joseph J. McCarthy
> MD Federal Bar # 15170
> Counsel for Defendant
> Delaney, McCarthy & Colton, P.C.
> 510 King Street, Suite 400
> Alexandria, Virginia  22314
> Telephone: (703) 549-9701
> Facsimile: (703) 836-4285
> E-mail: mccarthy@lawdmc.com