IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 15–0258-PJM |
| | : | |
| SELVIN RAYMUNDO SALAZAR | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO SUPPRESS EVIDENCE

Comes now the Defendant, by and through his attorney, Michael E. Lawlor, Lawlor & Englert, LLC, and pursuant to Rule 12(b)(1) of the Federal Rules of Criminal Procedure requests that this Honorable Court grant the Defendant's Motion and suppress all evidence obtained by the police in this case. In support of this Motion, counsel state the following:

1.  That all potentially incriminating evidence against the Defendant in this case was obtained as a result of an illegal stop/detention and subsequent unlawful search of his person and residence and/or belongings, and the illegal and unlawful seizures resulting from said detention and searches.

2.  That law enforcement officials who conducted the above referenced searches and seizures acted without appropriate warrants or probable cause.

3.  That any statements taken by law enforcement were obtained in violation of the Defendant's constitutional rights to counsel, privacy and right

against self-incrimination under the Fourth, Fifth, and Sixth Amendments to the United States Constitution.

WHEREFORE, for these reasons and for such other reasons as may be assigned at the hearing on this motion, the Defendant respectfully requests that this Honorable Court grant this Motion and suppress all statements and evidence obtained by law enforcement in this case.

Respectfully submitted,

s/_____
Michael E. Lawlor
Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland  20770
301.474.3404

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2015, a copy of the foregoing Motion was sent to the United States Attorney's Office for the District of Maryland, via ECF.

s/_____
Michael E. Lawlor