IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  \*

      v. \* Case No. 8:15-CR-00258-3-PJM-TJS

RAUL ERNESTO LANDAVERDE-GIRON \*

\*\*\*\*\*\*

### ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 24th day of July, 2015, that

Elita Amato is hereby appointed to represent the individual.

/s/
_____

Peter J Messitte
UNITED STATES DISTRICT JUDGE