IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

vs.   *   Case No.   PJM 15-0258

JAIME ERNESTO NAVARETTE-MEJIA   *

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Christopher Nieto__, and the Government was represented by Assistant United States Attorney __William Moomau/ Lindsay Kaplan__, it is

**ORDERED**, this __31st__ day of __March__ __2016__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge



U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement