# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.: PJM-15-0258** |
| **JAIME NAVARETTE-MEJIA** | * | |

\* \* \* \* \*

## ENTRY OF APPEARANCE

The undersigned attorney, having been appointed as CJA Panel counsel for the Defendant, Jaime Navarette-Mejia, and being duly certified to practice before the Court, respectfully requests that his appearance as the attorney of record in the present matter be entered.

_____/s/_____
Christopher C. Nieto, Esq, #30031
Brown & Nieto, LLC.
231 E. Baltimore Street, Suite 1102
Baltimore, MD 21202
Office: 410-244-5444
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of April, 2016, a copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, and a notice of said filing to William Moomau and Lindsay Kaplan, Assistant United States Attorneys, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770.

_____/s/_____
Christopher C. Nieto, Esq.
Attorney for Mr. Navarette-Mejia