# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America, | Case No. 8:15-cr-00258-PJM-3 |
| Plaintiff, | |
| v. | |
| Raul Ernesto Landaverde-Giron, | |
| Defendant. | |

## NOTICE OF SUPPLEMENTAL EXHIBIT

Raul Ernesto Landaverde-Giron, through his counsel, files Supplemental Exhibit 128 in support of his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. Mr. Landaverde-Giron files this exhibit, like the others in his case, under seal. He files this Exhibit in accordance with the Court's briefing schedule. (ECF No. 371.) The Exhibit supports Claims One, Two, Three, and Four in Mr. Landaverde-Giron's Motion.

Dated March 12, 2024.

Respectfully submitted,

*/s/ Emma L. Smith*
Emma L. Smith
Assistant Federal Public Defender

*/s/ Anthony Haughton*
Anthony Haughton
Capital Resource Counsel

*/s/ Ashwin Cattamanchi*
Ashwin Cattamanchi
Capital Resource Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, a copy of the foregoing was served via

CM/ECF to parties in this matter.

*/s/ Kaitlyn O'Hearn*
Kaitlyn O'Hearn
An Employee of the Federal Public Defender